**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DUSTIN E. CHANDLER                                                                                         PETITIONER

v.                                            NO. 5:09CV0020 JLH/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                               RESPONDENT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 (docket entry #1), is DENIED, and this habeas action is DISMISSED WITH PREJUDICE.

Dated this 14th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE