## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DUSTIN E. CHANDLER                                                            PETITIONER

v.                                    NO. 5:09CV0020 JLH/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                             RESPONDENT

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Respondent, and this habeas action is hereby DISMISSED WITH PREJUDICE.

Dated this 14th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE